IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE AT COLUMBIA

| | | |
|---|---|---|
| **BRIGETTE HAGGERMAKER,** | ) | |
| | ) | |
| Plaintiff, | ) | Campbell/Holmes |
| | ) | |
| v. | ) | No. 1:20-cv-00060 |
| | ) | **JURY DEMANDED** |
| **GLENN A. BARNETT and J&MP** | ) | |
| **TRANSPORT, INC.,** | ) | |
| | ) | |
| Defendants. | ) | |

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

Plaintiff Brigette Haggermaker and Defendants Glenn A. Barnett and J&MP Transport, Inc., as evidenced by the signatures of counsel below, state that all matters and issues in controversy which were or could have been raised in connection with the above-captioned case have been resolved, and the Plaintiff desires to dismiss any and all claims she has or may have against Glenn A. Barnett and J&MP Transport, Inc., with prejudice.

Counsel for Plaintiff has verified Plaintiff's compliance with T.C.A. § 71-5-117(g) and confirms there are no known TennCare subrogation claims of the State of Tennessee or any entity acting pursuant to T.C.A. § 71-5-117(f) that remain unaddressed in this action.

Counsel for Plaintiff hereby advises and represents that any Medicare liens, workers' compensation liens, attorney's liens, or other subrogation liens have been or will be satisfied.

Counsel for Plaintiff further verifies that there are no hospital liens of record and/or which remain unsatisfied pursuant to T.C.A. § 29-22-101, et seq.

It is, therefore, **ORDERED, ADJUDGED, AND DECREED** that any and all claims against Glenn A. Barnett and J&MP Transport, Inc., which were or could have been raised in this

action, including the claims embodied in the Complaint, be, and the same hereby are, dismissed with prejudice.

It is further **ORDERED** that the court costs are to be taxed to Glenn A. Barnett and J&MP Transport, Inc., c/o C. Joseph Hubbard, 222 Second Avenue North, Suite 340-M, Nashville, TN 37201, for which execution may issue, if necessary.

It is further **ORDERED** that each party shall bear their own discretionary costs and attorneys' fees.

It is so **ORDERED**.

_____
District Judge William L. Campbell, Jr.

.

RESPECTFULLY SUBMITTED
AND APPROVED FOR ENTRY BY:

KAY GRIFFIN, PLLC


By: /s/ C. Joseph Hubbard
JOHN J. GRIFFIN, JR. (#15446)
C. JOSEPH HUBBARD (#29226)
KELLEY E. STRANGE (#33568)
222 Second Avenue North, Suite 340M
Nashville, Tennessee 37201
615-742-4800
john.griffin.kaygriffin.com
joseph.hubbard@kaygriffin.com
kstrange@kaygriffin.com
*Attorneys for Defendants*


HODGES TRIAL LAWYERS, P.C.


By: /s/ Jeremiah M. Hodges
Jeremiah M. Hodges (#28814)
320 Clinton Avenue East
Huntsville, AL 35801
256-539-3110
jmhodges@notanaccident.com
*Attorney for Plaintiff*

3
Case 1:20-cv-00060    Document 30    Filed 10/19/21    Page 3 of 3 PageID #: 92